No. 86–1658. ORIENT LEASING CO., LTD., AS OWNER OF M/V MONTMARTRE *v.* CACTUS PIPE & SUPPLY CO., INC. C. A. 5th Cir. Certiorari denied.

No. 86–1662. CLARK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–1667. MUINA ET AL. *v.* ARCHER ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–1675. DELACRUZ *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 86–1699. VIDAL *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 86–1700. DENNISON MANUFACTURING CO. *v.* PANDUIT CORP. C. A. Fed. Cir. Certiorari denied.

No. 86–1701. SOUDAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–6107. NIELSEN *v.* GUNTER ET AL. C. A. 8th Cir. Certiorari denied.

No. 86–6182. MCCORMACK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–6217. BURKS *v.* PERINI, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–6234. TOWNSEND *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 86–6273. JONES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–6314. STEVENSON *v.* PHELPS, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 86–6322. ROSS *v.* ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.